

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2022

No. 04-22-00462-CV

Rustton **WEBSTER**,
Appellant

v.

Ashley **WEBSTER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0189-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Appellant filed a notice of appeal indicating their intention to appeal the trial court's ruling from a July 13, 2022 hearing. The district court clerk's certificate states that there is no signed order.

Generally, our appellate jurisdiction is limited to review of final, appealable orders or judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment").

We **order** Appellant to show cause in writing within **ten days** of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

All other appellate deadlines are **suspended** pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2022.

MICHAEL A. CRUZ, Clerk of Court